**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAKESHA WARE

        Plaintiff,

  v.

INTERNATIONAL PAPER CO

        Defendant.
_____/

NO. CV 08-01187 WDB

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET #1.**

On February 27, 2008, counsel for Defendant filed a Notice of Removal, docket #1, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendant should submit the Notice of Removal, docket #1, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: March 13, 2008

                                              Cynthia Lenahan
                                              Deputy Clerk