UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAKESHA WARE

                Plaintiff(s),

v.

INTERNATIONAL PAPER CO., et al.

                Defendant(s).

CASE NO. C 08-01187 WDB

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  within 30 days after discovery closes

Dated: May 12, 2008

/s/ Michael C. Cohen, Esq.
Attorney for Plaintiff

Dated: May 12, 2008

/s/ Paul J. Bauer, Esq.
Attorney for Defendants

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓      Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓      other:  to be completed within 30 days after discovery closes.

IT IS SO ORDERED.

Dated:_____            _____
                                          HONORABLE WAYNE D. BRAZIL
                                          UNITED STATES MAGISTRATE JUDGE