# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ware,<br><br>          Plaintiff(s),<br><br>v.<br><br>International Paper Co.,<br><br>          Defendant(s). | 08-01187 WDB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Arthur R. Siegel**
Law Offices of Arthur R. Siegel
351 California St
Ste 700
San Francisco, CA 94104
415-395-9335

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 20, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01187 WDB MED                - 2 -