1  MICHAEL J. HOGAN, #66208
   PAUL J. BAUER, #202752
2  DOWLING, AARON & KEELER, INC.
   8080 North Palm Avenue, Third Floor
3  Fresno, CA 93711
   Telephone: (559) 432-4500
4  Facsimile: (559) 432-4590
   E-mail: pbauer@daklaw.com
5
   Attorneys for Defendants
6  INTERNATIONAL PAPER COMPANY,
   AND xpedx
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LAKESHA WARE,                           | Case No. C 08-01187 WDB
12 |                  Plaintiff,             | DEFENDANTS INTERNATIONAL PAPER
   |                                         | COMPANY's and xpedx's
13 |        v.                               | CERTIFICATION OF INTERESTED
   |                                         | ENTITIES OR PERSONS
14 | INTERNATIONAL PAPER CO., aka            |
   | INTERNATIONAL PAPER COMPANY, AKA        |
15 | INTERNATIONAL PAPER, AKA XPEDX,         | Action Filed:   January 11, 2008
   | XPEDX, a division of INTERNATIONAL      |
16 | PAPER, XPEDX, Does 1 to 10 Inclusive,   |
17 |                  Defendants.            |

18      Pursuant to L.R. 3-16, the undersigned certifies that the following listed persons have a

19 non-financial interest in that subject matter or in a party that could be substantially affected by the

20 outcome of this proceeding:

21      Officers:

22      John V. Faraci – Chairman and CEO
        Newland A. Lesko – Executive Vice President
23      John N. Balboni – Senior Vice President and CIO
        Michael J. Balduino – Senior Vice President, President Shorewood Packaging
24      H. Wayne Brafford – Senior Vice President
        Jerome N. Carter – Senior Vice President
25      C. Cato Ealy – Senior Vice President
        Thomas E. Gestrich – Senior Vice President, President International Paper Asia
26      Thomas G. Kadien – Senior Vice President, President xpedx
        Mary A. Laschinger – Senior Vice President, President International Paper Europe, Middle
27              East, Africa and Russia
28

---
                                            1.
              CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Timothy S. Nicholls – Senior Vice President and CFO
Maximo Pacheco – Senior Vice President, President International Paper do Brasil
Carol Roberts – Senior Vice President
Maura Abeln Smith – Senior Vice President and General Counsel, Corporate Secretary and Global Government Relations
Mark S. Sutton – Senior Vice President
W. Michael Amick, Jr. – Vice President xpedx
September G. Blain – Vice President
Aleesa L. Blum – Vice President
Paul Brown – Vice President
Thomas A. Cleves – Vice President
Dennis J. Colley – Vice President
James A. Connelly – Vice President xpedx
Kirt J. Cuevas – Vice President
Arthur J. Douville – Vice President xpedx
Michael P. Exner – Vice President
Greg C. Gibson – Vice President
Robert J. Grillet – Vice President
Errol A. Harris – Vice President
Jeffrey A. Hearn – Vice President do Brasil
Peter G. Heist – Vice President
Terri L. Herrington – Vice President
William Hoel – Vice President
Tommy S. Joseph – Vice President
Paul J. Karre – Vice President
Timothy A. Kelly – Vice President
Austin E. Lance – Vice President
Glenn R. Landau – Vice President
David A. Liebetreau – Vice President
Richard B. Lowe – Vice President xpedx
Kevin G. McWilliams – Vice President
William A. Merrigan – Vice President
Ted R. Niederriter – Vice President and Deputy General Counsel
Jean-Michael Ribieras – Vice President
John V. Sims – Vice President
David B. Struhs – Vice President
Greg Wanta – Vice President
Thomas J. Weisenbach – Vice President xpedx
Robert W. Wenker – Vice President and CTO
Ann B. Wrobleski – Vice President
Paul Herbert – CEO Ilim Group
Brian N. McDonald – Deputy CEO and Managing Director Ilim East
John W. Rankin - – Vice President Ilim Group

Directors:

John V. Faraci
David J. Bronczek

2.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Martha F. Brooks
   Lynn Laverty Elsenhans
2  Samir G. Gibara
   Donald f. McHenry
3  John L. Townsend, III
   John F. Turner
4  William G. Walter
   Alberto Weisser
5  J. Steven Whisler

6

7
   Dated: May 21, 2008
8

9

10
                                    By: /S/ PAUL J. BAUER
11                                      PAUL J. BAUER
                                        DOWLING, AARON & KEELER, INC.
12                                      Attorneys and Counselors at Law
                                        Attorneys for Defendant
13                                      INTERNATIONAL PAPER COMPANY, and
                                        xpedx
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  F:\wdocs\maindocs\81351\002\00060156.DOC

---

3.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS