| | |
|---|---|
| 1 | MICHAEL J. HOGAN, #66208 |
| | PAUL J. BAUER, #202752 |
| 2 | DOWLING, AARON & KEELER, INC. |
| | 8080 North Palm Avenue, Third Floor |
| 3 | Fresno, CA 93711 |
| | Telephone: (559) 432-4500 |
| 4 | Facsimile: (559) 432-4590 |
| | E-mail: pbauer@daklaw.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | INTERNATIONAL PAPER COMPANY, |
| | AND xpedx |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAKESHA WARE, | | Case No. C 08-01187 WDB |
| | Plaintiff, | DEFENDANTS INTERNATIONAL PAPER COMPANY's and xpedx's |
| v. | | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| INTERNATIONAL PAPER CO., aka INTERNATIONAL PAPER COMPANY, AKA INTERNATIONAL PAPER, AKA XPEDX, XPEDX, a division of INTERNATIONAL PAPER, XPEDX, Does 1 to 10 Inclusive, | | Action Filed:    January 11, 2008 |
| | Defendants. | |

Pursuant to L.R. 3-16, the undersigned certifies that the following listed persons have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Officers:

John V. Faraci – Chairman and CEO
Newland A. Lesko – Executive Vice President
John N. Balboni – Senior Vice President and CIO
Michael J. Balduino – Senior Vice President, President Shorewood Packaging
H. Wayne Brafford – Senior Vice President
Jerome N. Carter – Senior Vice President
C. Cato Ealy – Senior Vice President
Thomas E. Gestrich – Senior Vice President, President International Paper Asia
Thomas G. Kadien – Senior Vice President, President xpedx
Mary A. Laschinger – Senior Vice President, President International Paper Europe, Middle East, Africa and Russia

---

1.
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| 1 | Timothy S. Nicholls – Senior Vice President and CFO |
| 2 | Maximo Pacheco – Senior Vice President, President International Paper do Brasil |
| | Carol Roberts – Senior Vice President |
| 3 | Maura Abeln Smith – Senior Vice President and General Counsel, Corporate Secretary and Global Government Relations |
| 4 | Mark S. Sutton – Senior Vice President |
| | W. Michael Amick, Jr. – Vice President xpedx |
| 5 | September G. Blain – Vice President |
| | Aleesa L. Blum – Vice President |
| 6 | Paul Brown – Vice President |
| 7 | Thomas A. Cleves – Vice President |
| | Dennis J. Colley – Vice President |
| 8 | James A. Connelly – Vice President xpedx |
| | Kirt J. Cuevas – Vice President |
| 9 | Arthur J. Douville – Vice President xpedx |
| | Michael P. Exner – Vice President |
| 10 | Greg C. Gibson – Vice President |
| 11 | Robert J. Grillet – Vice President |
| | Errol A. Harris – Vice President |
| 12 | Jeffrey A. Hearn – Vice President do Brasil |
| | Peter G. Heist – Vice President |
| 13 | Terri L. Herrington – Vice President |
| | William Hoel – Vice President |
| 14 | Tommy S. Joseph – Vice President |
| 15 | Paul J. Karre – Vice President |
| | Timothy A. Kelly – Vice President |
| 16 | Austin E. Lance – Vice President |
| | Glenn R. Landau – Vice President |
| 17 | David A. Liebetreau – Vice President |
| 18 | Richard B. Lowe – Vice President xpedx |
| | Kevin G. McWilliams – Vice President |
| 19 | William A. Merrigan – Vice President |
| | Ted R. Niederriter – Vice President and Deputy General Counsel |
| 20 | Jean-Michael Ribieras – Vice President |
| 21 | John V. Sims – Vice President |
| | David B. Struhs – Vice President |
| 22 | Greg Wanta – Vice President |
| | Thomas J. Weisenbach – Vice President xpedx |
| 23 | Robert W. Wenker – Vice President and CTO |
| | Ann B. Wrobleski – Vice President |
| 24 | Paul Herbert – CEO Ilim Group |
| | Brian N. McDonald – Deputy CEO and Managing Director Ilim East |
| 25 | John W. Rankin - – Vice President Ilim Group |
| 26 | |
| 27 | Directors: |
| 28 | John V. Faraci |
| | David J. Bronczek |

1  Martha F. Brooks
   Lynn Laverty Elsenhans
2  Samir G. Gibara
   Donald f. McHenry
3  John L. Townsend, III
   John F. Turner
4  William G. Walter
   Alberto Weisser
5  J. Steven Whisler

6

7
   Dated: May 21, 2008
8

9

10
                                               By: /S/ PAUL J. BAUER
11                                                 PAUL J. BAUER
                                                   DOWLING, AARON & KEELER, INC.
12                                                 Attorneys and Counselors at Law
                                                   Attorneys for Defendant
13                                                 INTERNATIONAL PAPER COMPANY, and
                                                   xpedx
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  F:\wdocs\maindocs\81351\002\00060156.DOC

                                    3.
                CERTIFICATION OF INTERESTED ENTITIES OR PERSONS