LAW OFFICES OF ARTHUR R. SIEGEL



ARTHUR R. SIEGEL
351 CALIFORNIA STREET
SUITE 700
SAN FRANCISCO
CA 94104
ASIEGEL@IGC.ORG
FAX  395-9615
415/ 395-9335

May 27, 2008

Michael C. Cohen                         via email MCohen@cohenlegalfirm.com
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA  94612


Paul Joseph Bauer                        via email PBauer@daklaw.com
Michael J. Hogan                         via email MHogan@daklaw.com
Dowling, Aaron & Keeler
8080 North Palm Avenue, Third Floor
Fresno, CA  93711-5797

    Re:    Lakesha Ware v. International Paper Co.
             United States District Court Case No. 08-01187 WDB MED

Dear Counsel:

    As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.

    Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who will be present at the session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements; and
- any questions you might have about the mediation program

    I anticipate that the telephone conference will last approximately one-half hour.  I hope to conduct before June 6, 2008.   Please send back the times of your availability for the first week of June. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted.  The deadline date that the session can be held is September 11, 2008.

May 27, 2008
Page 2

     My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

     I look forward to assisting you on this case.

Very truly yours,

*Arthur R. Siegel* /for

Arthur R. Siegel

cc: Clerk's Office-ADR Unit
    *Via email* Alice_Fiel@cand.uscourts.gov
ARS:tr