**LAW OFFICES OF ARTHUR R. SIEGEL**



ARTHUR R. SIEGEL

351 CALIFORNIA STREET

SUITE 700

SAN FRANCISCO

CA 94104

ASIEGEL@IGC.ORG

FAX  395-9615

415/ 395-9335

June 2, 2008

Michael C. Cohen          via email MCohen@cohenlegalfirm.com
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA  94612

Paul Joseph Bauer          via email PBauer@daklaw.com
Michael J. Hogan          via email MHogan@daklaw.com
Dowling, Aaron & Keeler
8080 North Palm Avenue, Third Floor
Fresno, CA  93711-5797

       Re:     <u>Lakesha Ware v. International Paper Co.</u>
                  United States District Court Case No. 08-01187 WDB MED

Dear Counsel:

       This will confirm that the telephone conference referred to in my letter dated May 27, 2008 has been scheduled for Tuesday, June 10, 2008 at 2:30 p.m.  We can hold the mediation no later than September 11, 2008.  Any extensions beyond that date will have to be granted by your trial judge.  Therefore, please ascertain a selection of dates from your clients upon which the mediation may be conducted.  My office will initiate the telephone conference.

       Thank you for your cooperation.

Very truly yours,

Arthur R. Siegel

cc: Clerk's Office-ADR Unit
     *Via email* Alice_Fiel@cand.uscourts.gov
ARS:tr