UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAKESHA WARE

        Plaintiff(s),

v.

INTERNATIONAL PAPER

        Defendant(s).

No. C 08-1187 WDB

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/20/08

Signature /s/ Michael C. Cohen

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")