# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                     **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 29, 2008                       **Court Reporter:** Belle Ball


**CASE NO. C-08-1187 JSW**

**TITLE:** Lakesha Ware v. International Paper Company, et al.,


**COUNSEL FOR PLAINTIFF:**                      **COUNSEL FOR DEFENDANT:**

Michael Cohen                                   Paul Bauer


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by September 5, 2008.

Last day to amend the complaint pursuant to stipulation: 10-28-08

Hearing on dispositive motions (if any): 1-11-10 at 9:00 a.m.

Pretrial Conference: 3-22-10 at 2:00 p.m.

Trial: 4-12-10 at 8:30 a.m.

Further Case Management Conference: 11-7-08 at 1:30 p.m.
Joint Supplemental Case Management Statement due: 10-31-08