UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WARE

        Plaintiff(s),                                No. C 08-01187 JSW

  v.                                          **CLERK'S NOTICE**

INTERNATIONAL PAPER CO. ET AL

        Defendant(s).

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE HEREBY NOTIFIED that on January 8, 2010, at 9:00 a.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Dispositive Motions, if any. The date of January 11, 2010, given in open court on August 29, 2008 is an incorrect date. Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                       Richard W. Wieking
                                       Clerk, United States District Court

                                       By:_____
                                       Jennifer Ottolini, Deputy Clerk
                                       Honorable Jeffrey S. White
                                       (415) 522-4173

Dated: September 2, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information