Michael C. Cohen, Esq., Bar No. 65487
**LAW OFFICES OF MICHAEL C. COHEN**
1814 Franklin Street, Suite 900
Oakland, CA 94612
(510) 832-6436

Attorneys for Plaintiff,
Lakesha Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKESHA WARE, | Case No. C8-01187 JSW |
| Plaintiff, | STIPULATION AND ORDER REGARDING SETTLEMENT OF CASE, VACATING PENDING COURT DATES, AND EXTENSION OF TIME TO FILE REQUEST FOR DISMISSAL |
| vs. | |
| INTERNATIONAL PAPER CO., aka INTERNATIONAL PAPER COMPANY, aka INTERNATIONAL PAPER, aka XPEDX, XPEDX, a division of INTERNATIONAL PAPER, XPEDX DOES 1 TO 10, INCLUSIVE, | Action Filed: January 11, 2008 |
| Defendants. | |

Please take notice that the parties to the action herein have reached a settlement. The parties hereby request the Court to vacate all court dates for this case, pending on the Court's calendar. Further, the parties hereby request fifteen (15) day extension of time to complete the settlement transaction and file

////

////

Req. for extension of time           -1-

1  a request for dismissal, with prejudice, of the entire action.

2  Date: October 23, 2008          LAW OFFICES OF MICHAEL C. COHEN

4                                  _____/s/_____
                                   Michael C. Cohen, Attorney for
                                   Lakesha Ware, plaintiff

6  Date: October 23, 2008          DOWLING, AARON & KEELER, INC.

8                                  _____/s/_____
                                   Paul J. Bauer, Attorney for
                                   International Paper Company,
9                                  dba XPEDX

## ORDER

Having considered the stipulated settlement of the parties and their request to vacate all further court dates pertaining to this case, pending on the Court's calendar and for an extension of time to complete the settlement process and file a request for dismissal of the entire case, with prejudice, the Court orders as follows:

**IT IS ORDERED:**

Pursuant to the parties settlement and stipulation, the parties shall have fifteen (15) days to complete the settlement process and file a request for dismissal, with prejudice. All future court dates pertaining to this case pending on the Court's calendar are hereby vacated.

Date: October 27, 2008            _____
                                  Jeffrey White, United States
                                  District Court Judge

Req. for extension of time            -2-