```
 1  Michael C. Cohen, Esq., Bar No. 65487
    LAW OFFICES OF MICHAEL C. COHEN
 2  1814 Franklin Street, Suite 900
    Oakland, CA 94612
 3  (510) 832-6436
    Attorneys for Plaintiff,
 4  Lakesha Ware

 5
                    UNITED STATES DISTRICT COURT
 6                 NORTHERN DISTRICT OF CALIFORNIA

 7

 8
    LAKESHA WARE,
 9                                      Case No. C8-01187 JSW
              Plaintiff,
10                                      STIPULATION AND ORDER
    vs.                                 DISMISSING THE ENTIRE CASE,
11                                      WITH PREJUDICE
    INTERNATIONAL PAPER CO., aka
12  INTERNATIONAL PAPER COMPANY,
    aka INTERNATIONAL PAPER, aka        Action Filed: January 11, 2008
13  XPEDX, XPEDX, a division of
    INTERNATIONAL PAPER, XPEDX
14  DOES 1 TO 10, INCLUSIVE,

15            Defendants.
                                    /
16

17       The parties to this action, by and through their respective

18  attorneys of record hereby agree and stipulate and request the

19  Court to issue and Order dismissing the entire case herein, with

20  prejudice.

21  Date: November 13, 2008       LAW OFFICES OF MICHAEL C. COHEN

22                                /s/ Michael C. Cohen
                                  Michael C. Cohen, Attorney for
23                                Lakesha Ware, plaintiff

24  Date: November 13, 2008       DOWLING, AARON & KEELER, INC.

25                                /s/ Paul J. Bauer
26                                Paul J. Bauer, Attorney for
                                  International Paper Company,
27                                dba XPEDX

28  Stip. and Request For Dismissal        -1-
```

ORDER

**IT IS ORDERED:**

Pursuant to stipulation of the parties and upon the request of the parties, the Court hereby orders that the entire case herein entitled <u>Lakesha Ware v. International Paper, et al.</u>, United States District Court No. C8-01187 JSW, is dismissed, with prejudice.

Date: ~~November ___, 2008~~
January 27, 2009

Jeffrey S. White, United States District Court Judge

Stip. and Request For Dismissal          -2-